Jennifer Meredith (JM 4816)
Meredith & Keyhani, PLLC
330 Madison Avenue
6th Floor
New York, New York 10017
Telephone (212) 760-0098
Facsimile (212) 202-3819
Attorneys for Plaintiff

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
Treasure Island Media, Inc.            )   ORDER
                                       )   TO LIFT
                    Plaintiff,         )   SEAL
                                       )
        v.                             )
                                       )   07 CV 8739 (CM)
Jayathu Video, Inc., Jayasara Video Inc.,  )
Harmony Video, John Does 1-10          )
                    Defendants         )
                                       )
------------------------------------------------x

**IT IS SO ORDERED** that the sealing of the file of the within action including Plaintiffs complaint, *ex parte* temporary restraining order, *ex parte* seizure order, order to show cause why a preliminary injunction should not issue be lifted and removed.

Dated: 12/6/2007
New York, New York

_____
DISTRICT COURT JUDGE

1