UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07
```

------------------------------------x
Treasure Island Media, Inc.          )
                                     )
                Plaintiff,            )
                                     )
        v.                            )
                                     )       07 cv 8739
Jayathu Video, Inc., Jayasara Video Inc., )
Harmony Video, John Does 1-10        )
                Defendants            )
                                     )
------------------------------------x

## STIPULATION OF DISMISSAL

Come now Plaintiff Treasure Island Media, Inc. ("Treasure Island") and Harmony Video ("Harmony"). The Parties file this Joint Stipulation of Dismissal with prejudice with respect to Defendant Harmony. The parties have agreed to mutually acceptable resolution of the issues in this case pursuant to a confidential settlement agreement. Thus, Treasure Island and Harmony, hereby stipulate to the dismissal of the above styled-action pursuant to Federal Rule of Civil Procedure 41(a)(1), thereby dismissing this action with prejudice in its entirety.

SO STIPULATED

Dated: October 16, 2007

Jennifer Meredith (JM-4816)
Meredith Keyhani, PLLC
330 Madison Avenue
6th Floor
New York, New York 10017
Attorneys for Plaintiff

Dated: October 22, 2007

_____
Dominick Withanachachi
On behalf of Harmony Video
139 Christopher Street
New York, New York 10014

Dated: October ____, 2007

_____
U.S. DISTRICT COURT JUDGE