Jennifer Meredith (JM 4816)
Meredith & Keyhani, PLLC
330 Madison Avenue
6th Floor
New York, New York 10017
Telephone (212) 760-0098
Facsimile (212) 202-3819

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/07
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
Treasure Island Media, Inc.,        )
                                    )
                    Plaintiff,      )    07 civ 8739 (CM)
                                    )
        v.                          )
                                    )
Jayathu Video, Inc., Jayasara Video Inc., )
Harmony Video, John Does 1-10,      )
                    Defendants.     )
                                    )
------------------------------------X

**IT IS SO ORDERED** that the bond in the amount of $5,000 as was posted for the ex parte seizure in this matter be released as the above referenced case is closed.

Dated: 12/18/2007
New York, New York

_____
DISTRICT COURT JUDGE

1